UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LORENA GONZALEZ-AGUILAR,

    Defendant.

_____/

Hon. Jane T. Beckering

Case No. 1:25-cr-00032

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in an Indictment. Count 1 charges defendant with reentry of removed aliens, in violation of 8 U.S.C. §§ 1326(a), and (b)(2).

The government sought defendant's detention on the basis that she poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on April 14, 2025, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the appearance of the defendant. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney

General pending trial.

    DONE AND ORDERED on April 14, 2025.

                                                        /s/ Phillip J. Green  
                                                       PHILLIP J. GREEN  
                                                       United States Magistrate Judge